BK 16986    Page 262    INSTR#: 2015009972 LAST PAGE OF DOCUMENT

BK16986    PGS 262 - 262    03/20/2015 02:22:46 PM
INSTR#: 2015009972    DEBRA ANDERSON
RECEIVED YORK SS    REGISTER OF DEEDS

I HEARBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS
ATTEST: Claude Dube
Deputy    REGISTRAR

## RATIFICATION OF ASSIGNMENT

KNOW ALL BY THESE PRESENTS THAT **Sidus Financial, LLC ("Lender")**, as named Lender in the mortgage described below originally granted to **Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Sidus Financial, LLC, its successors and assigns**, does hereby ratify the transfer of said mortgage as memorialized by the previous assignment of said mortgage by MERS to CitiMortgage, Inc. dated December 26, 2011 and recorded on January 5, 2012 in the York County Registry of Deeds in Book 16237, Page 740, and confirms its intent that MERS had the right to assign, enforce, and discharge Lender's interest in the mortgage, and does hereby ratify all action taken in accordance with said assignment by said assignee or any subsequent assignee. To the extent necessary to effectuate said assignment or any action taken by a subsequent assignee, Lender does hereby grant and convey all interest as Lender under said mortgage to MERS effective as of the original date of said mortgage.

The purpose of this instrument is to resolve any question as to MERS' authority to assign Lender's interest in said mortgage as raised by the Maine Supreme Judicial Court's decision in *Bank of America v. Greenleaf*, 2014 ME 89.

| | |
|---|---|
| Borrower: | Michael C. Kane |
| Lender: | Sidus Financial, LLC |
| Mortgagee: | Mortgage Electronic Registration Systems, Inc., as nominee for Sidus Financial, LLC, its successors and assigns, |
| Registry: | York County Registry of Deeds |
| Recording Date: | December 30, 2008 |
| Amount: | $137,000.00 |
| Book: | 15538 |
| Page: | 413 |

Sidus Financial, LLC

Dated: 03/10/2015

By: _____
Danny Bowz, Its General Counsel

STATE OF California
COUNTY OF San Bernardino

Personally appeared before me this 13th day of March, 2015, the above-named Danny Bowz, General Counsel on behalf of Sidus Financial, LLC and acknowledged the foregoing to be his/her free act and deed in said capacity.

JACQUELINE MERCADO
Commission # 1970784
Notary Public - California
San Bernardino County
My Comm. Expires Feb 27, 2016

J Mercado, Notary Public
Type/Print Name: Jacqueline Mercado
Notary Public
My Commission Expires: Feb 27, 2016

40 Center Street n/k/a 38 Center Street, Biddeford, ME 04005
11-015599

EXHIBIT G