DEBRA L. ANDERSON, REGISTER OF DEEDS
Bk 17781 PG 660
Instr # 2018034196
08/17/2018 12:03:12 PM
Pages 1 YORK CO

## Quitclaim Assignment

WHEREAS, Sidus Financial, LLC, is identified as the "Lender" on a certain mortgage executed by Michael C. Kane, and bearing the date of December 19, 2008, securing the property located at 40 Center Street, Biddeford, in the County of York and State of Maine and recorded in the York County Registry of Deeds in Book 15538, Page 413 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Federal National Mortgage Association ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Sidus Financial, LLC

Name: Danny Bowz
Title: General Counsel

STATE OF CALIFORNIA )
  )
COUNTY OF SAN BERNARDINO )

Subscribed before me, on May 14th, 2018, by Danny Bowz as General Counsel for Sidus Financial, LLC. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public – Laura LeVesque
My Commission Expires: July 27th, 2021

LAURA LEVESQUE
Notary Public – California
San Bernardino County
Commission # 2207215
My Comm. Expires Jul 27, 2021

[handwritten margin note: E 17R ⇒ DOONAN GRAVES & LONGORIA LLC, 100 CUMMINGS CENTER STE 225D, BEVERLY MA 01915]

EXHIBIT H