UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | CIVIL ACTION NO: 2:19-cv-00311-NT |
| **Plaintiff** | STATUS REPORT |
| vs. | RE:<br>40 Center Street a/k/a 38-40 Center Street, Biddeford, ME 04005 |
| Michael C. Kane | Mortgage:<br>December 19, 2008<br>Book 15538, Page 413 |
| **Defendant** | |
| Town and Country Federal Credit Union | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, by and through the undersigned counsel, and hereby submit this status report to inform the Court that as of April 11, 2022 the Probate matter is still ongoing, and a personal representative for the estate has not yet been appointed. It is anticipated that the Personal Representative will be appointed in the next 60 days.

DATED:  April 11, 2022

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 11th day of April, 2022 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Town and Country Federal Credit Union
557 Main Street
South Portland, ME 04106

James F. Kane
25 Middle Street
Portland, ME 04105

Anne Rousseau
68 Tanglewood Drive
Hollis Center, ME 04042